PROB 35

# ORDER TERMINATING
# PRIOR TO EXPIRATION DATE

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number:  1:07CR0325 AWI |
| ) | |
| KURT KARIEL LUCIO ) | |
| ) | |

On November 8, 1999, the above-named was placed on Supervised Release for a period of five years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Marlene K. DeOrian

**MARLENE K. DEORIAN
United States Probation Officer**

Dated:     January 3, 2008
           Fresno, California

**REVIEWED BY:**     /s/ Bruce A. Vasquez
                    **BRUCE A. VASQUEZ
                    Supervising United States Probation Officer**

**Re: KURT KARIEL LUCIO**
    **Docket Number:   1:07CR0325**
    **ORDER TERMINATING SUPERVISED RELEASE**
    **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   January 24, 2008**                    **/s/ Anthony W. Ishii**
                                         UNITED STATES DISTRICT JUDGE